IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-779-WKW |
| | ) |
| MONTGOMERY AREA TRANSIT SYSTEM, INC., and KEVIN MILLER, | ) ) ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On January 7, 2022, the Magistrate Judge filed a Recommendation (Doc. # 8) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 8) is ADOPTED.

2. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 2nd day of March, 2022.

                                                          /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE